634

defendant's financial circumstances. Apparently there was no hearing on the issue of support and hence no transcript. On this record there is no basis for the award. (*Schaschlo* v. *Taishoff*, 2 N Y 2d 408, 412.) There can be no appeal from an interim order and consequently, pending the hearing aforesaid, the provision for interim support contained in the order dated January 11, 1962 necessarily continues. (*Commissioner of Welfare of City of N. Y.* v. *Roman*, 277 App. Div. 388, motion for leave to appeal denied 277 App. Div. 1104.) Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ MADISON 52ND CORPORATION, as Landlord, on Its Own Behalf and on Behalf of MORGEN'S MADISON, INC., as Lessee, Respondent, v. COLBEE 52ND STREET CORPORATION, Appellant.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEVADA CONSOLIDATED MINES, INC., and JOHN MILTON BENNETT, Appellants.— Orders, entered October 26, 1962 and October 1, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ CHARLES LIND, Respondent, v. GERARD K. LIND et al., as Copartners Doing Business as LIND BROTHERS, Appellants.— Order, entered August 27, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ GERARD CHRETIEN, Respondent, v. SHERMAN PRESSURE CASTING CORP., Appellant.— Order, entered September 20, 1962, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ RITA LYONS, Respondent, v. JOSEPH T. LYONS, Appellant.— Order, entered September 14, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ CATHEDRAL ESTATES, LTD., et al., Respondents, v. FREDERICK A. PURDY et al., Appellants, et al., Defendants.— Order, entered October 31, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ COSMO TABANO, Appellant, v. MONTEFIORE HOSPITAL, Respondent.— Orders, entered April 6, 1962 and May 29, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. HARRY GREEN. (B) THE PEOPLE OF THE STATE OF NEW YORK v. QUINTON ADAMS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. FLETCHER BENNETT. (D) THE PEOPLE OF THE STATE OF NEW YORK v. WAYNE THOMAS LONERGAN. (E) THE PEOPLE OF THE STATE OF NEW YORK v. EDUARDO GALLEGOS DAVALOS. (F) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES T. MURPHY. (G) THE PEOPLE OF THE STATE OF NEW YORK v. IRVING WEISBURG. (H) THE PEOPLE OF THE STATE OF NEW YORK v. VICTOR CRUZ. (I) THE PEOPLE OF THE STATE OF NEW YORK v. IRVING APPELL. (J) THE PEOPLE OF THE STATE OF NEW YORK v. GLAZELL JENNINGS and LOUIS HETATH. (K) THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS SALERNO. (L) THE PEOPLE OF THE STATE OF NEW YORK v. HECTOR ORTIZ. (M) THE PEOPLE OF THE STATE OF NEW YORK v. LUIS DIAZ. (N) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS WOOTEN. (O) THE PEOPLE OF THE STATE OF NEW YORK v. FREDERICK D. JONES.— [In each action] Motion to dismiss appeal granted. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.